1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:19-MC-00163-KJM-CKD

12          Plaintiff,

13          v.                             STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $56,960.00 IN U.S.       AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                              ALLEGING FORFEITURE
15
            Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimant Jared

18  Dellinger ("Dellinger"), appearing in *propria persona*, as follows:

19        1.      On or about July 12, 2019, claimant Dellinger filed a claim in the administrative forfeiture

20  proceedings with the Drug Enforcement Administration with respect to the approximately $56,960.00 in

21  U.S. Currency (hereafter "defendant currency"), which was seized on April 29, 2019.

22        2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

24  to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than

25  the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture

26  proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                            1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 10, 2019.

4.    By Stipulation and Order filed October 7, 2019, the parties stipulated to extend to January 8, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    By Stipulation and Order filed January 9, 2020, the parties stipulated to extend to March 8, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    By Stipulation and Order filed March 10, 2020, the parties stipulated to extend to March 8, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.    By Stipulation and Order filed June 11, 2020, the parties stipulated to extend to August 3, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.    By Stipulation and Order filed August 5, 2020, the parties stipulated to extend to October 2, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.    By Stipulation and Order filed October 2, 2020, the parties stipulated to extend to October 30, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

2

10. By Stipulation and Order filed November 4, 2020, the parties stipulated to extend to December 29, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed December 23, 2020, the parties stipulated to extend to March 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed February 25, 2021, the parties stipulated to extend to April 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed April 29, 2021, the parties stipulated to extend to June 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

1    15.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3  alleging that the defendant currency is subject to forfeiture shall be extended to July 29, 2021.

4    Dated:    6/25/2021                                          PHILLIP A. TALBERT
                                                                    Acting United States Attorney
5
                                                                     /s/ Kevin C. Khasigian
6                                                                   KEVIN C. KHASIGIAN
                                                                    Assistant United States Attorney
7

8

9
      Dated:    6/25/21                                           /s/ Brian L. Michaels
10                                                                  Brian L. Michaels
                                                                    259 East 5th Avenue Ste 300-D
11                                                                  Eugene, OR 97401
                                                                    brian@brianmichaelslaw.com
12                                                                  Tel: 541-687-0578
                                                                    Fax: 541-686-2137
13                                                                  Attorney for Jared Dellinger
                                                                    (As authorized via email)
14

15

16                                          **ORDER**

17

18        The court grants the extension.  However, as this is the eleventh extension parties have

19  requested, further extension will not be granted without a showing of good cause.

20        IT IS SO ORDERED.

21  DATED:  June 28, 2021.

22
                                            _____
23                                          CHIEF UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                            4