UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-mc-00163-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Approximately $56,960.00 in U.S. Currency, | |
| Defendant. | |

The United States and potential claimant Jared Dellinger move to extend the deadline by which the United States must file a complaint for forfeiture or obtain an indictment alleging the defendant currency is subject to forfeiture. ECF No. 25. The court has granted more than ten such requests. *See* Stip. & Order (June 28, 2021), ECF No. 24. When the court granted the previous request, it warned that further extensions would not be granted without a showing of good cause. The United States and Dellinger have not explained why a further extension is necessary and have not shown good cause. **The request for an extension of time is therefore denied.**

IT IS SO ORDERED.

DATED: August 5, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1