UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:19-mc-00163-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Approximately $56,960.00 in U.S. Currency, | |
| Defendant. | |

Eleven consecutive times the United States and potential claimant Jared Dellinger moved to extend the deadline by which the United States must file a complaint for forfeiture or obtain indictment alleging the defendant currency is subject to forfeiture. *See* ECF Nos. 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, 21. On June 2021, the court warned the parties that further extension would not be "granted without a showing of good cause." Order (June 28, 2021) at 4, ECF No. 24. The following month, the government again requested an extension, without providing an explanation for why a further extension was necessary and without showing good cause. *See* ECF No. 25. The court denied the government's request for an extension and its deadline of July 29, 2021 to file a complaint has lapsed. *See generally* Order (Aug. 6, 2021), ECF No. 26. No further action has been taken by the government to complete litigation of this case.

/////

/////

1

1    IT IS THEREFORE ORDERED that the government show cause within fourteen
2 days of the date of this order why this case should not be dismissed and closed.
3 DATED:  September 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE